J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

**FILED**

ADR

OCT 3 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C09 05169

HRL

| | |
|---|---|
| Adobe Systems Incorporated, | ) |
| Plaintiff, | ) Case No. |
| v. | ) COMPLAINT FOR COPYRIGHT<br>) INFRINGEMENT AND TRADEMARK<br>) INFRINGEMENT |
| Joshua Christenson, an individual and d/b/a<br>www.softwaresurplus.com; Software Surplus<br>Inc. and Does 1 – 10, inclusive, | ) DEMAND FOR A JURY TRIAL |
| Defendants. | ) |

Plaintiff Adobe Systems Incorporated ("Adobe") for its Complaint alleges as follows:

I.   **Introduction**

1.     Adobe brings this action as a result of Defendants' systematic, unauthorized distribution and use of Adobe's software products in interstate commerce through sales through various Internet sites. Defendants' actions, commonly known as software piracy, are willful and cause substantial damage to Adobe and to the software industry.

2.     Adobe is a global leader in developing and distributing innovative computer software. Its products and services offer developers and enterprises tools for creating, managing, delivering and engaging with compelling content across multiple operating systems, devices and media. The software industry is competitive, and Adobe undertakes great expense and risk in conceiving, developing, testing, manufacturing, marketing, and delivering its software products to consumers. Software piracy undermines Adobe's investment and creativity, and misleads and confuses consumers.

ORIGINAL

3.     Defendants, through Internet sites , including but not necessary limited to www.softwaresurplus.com (the "Website") have made, offered for sale, sold, and distributed unauthorized copies of Adobe software (the "Unauthorized Software Product") including at least Adobe Acrobat 9.0 Professional (the "Adobe Software") and likely other products.  Additional Doe defendants – whose identities will be determined in discovery – support, assist, supervise and/or supply Defendants in these illegal activities.  Adobe owns registered United States copyrights and trademarks including but not limited to the foregoing product and its associated marks.

4.     Defendants' activities constitute willful copyright infringement and willful trademark infringement pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act.") and the Lanham Trademark Act, as amended, 15 U.S.C., § 1051, *et seq.* (the "Lanham Act").  Adobe requests an injunction, and that Defendants pay damages, costs, and attorneys' fees.

## II.      Jurisdiction and Venue

5.     The Court has jurisdiction over the subject matter pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331 and § 1338(a).

6.     The events giving rise to the claims alleged herein occurred, among other places, within this judicial district.  Venue in the Northern District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a).

## III.     The Parties

### A.      Plaintiff Adobe and Its Products

7.     Adobe is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in San Jose, California.

8.     The Adobe Software is copyrightable subject matter, and Adobe owns exclusive rights under the Copyright Act to reproduce and distribute to the public copies of Adobe Software in the United States.  Among the titles produced and distributed by Adobe are *Acrobat, Creative Suite, Dreamweaver, Flash, Illustrator, PageMaker, Photoshop,* and *Shockwave*.  A non-exhaustive list of Adobe's copyright registrations is attached hereto as Exhibit A ("Adobe's Copyrights").

9.     Products manufactured and sold by Adobe bear Adobe's trademarks, including without limitation, the ADOBE, ACROBAT, CREATIVE SUITE, DREAMWEAVER, FLASH, ILLUSTRATOR, MACROMEDIA, PAGEMAKER, PHOTOSHOP, POSTSCRIPT, READER and SHOCKWAVE trademarks (collectively "Adobe's Trademarks").  Adobe uses Adobe's

Trademarks on computer software as indicia of Adobe's high quality products. Each year Adobe expends significant resources to develop and maintain the considerable goodwill it enjoys in Adobe's Trademarks and in its reputation for high quality.

10.     Adobe has secured registrations for Adobe's Trademarks, all of which are valid, extant and in full force and effect. Adobe's Trademarks are exclusively owned by Adobe. A non-exhaustive list of Adobe's trademark registrations is attached hereto as Exhibit B. Adobe, or its predecessors in interest, has continuously used each of Adobe's Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

11.     As a result of advertising and sales, together with longstanding consumer acceptance, Adobe's Trademarks identify Adobe's products and authorized commercial distribution of these products. Adobe's Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world. Adobe's Copyrights and Adobe's Trademarks are collectively referred to herein as "Adobe's Intellectual Properties."

**B.     Defendants**

12.     Defendant Joshua Christenson ("Christenson") is an individual and doing business as www.softwaresurplus.com. Adobe is informed and believes that Christenson is a resident of Las Vegas, Nevada. Christenson transacts business as www.softwaresurplus.com and does business in California through sales and distribution of the Unauthorized Software Product in the State of California, among other places.

13.     Defendant Software Surplus Inc. ("SSI") is on information and belief, a Nevada corporation with its principal place of business in Las Vegas, Nevada. SSI transacts business as www.softwaresurplus.com and does business in California through sales and distribution of the Unauthorized Software Product in the State of California, among other places.

14.     Upon information and belief, Does 1 – 10 are either entities or individuals who are subject to the jurisdiction of this Court. Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of one or other of the named defendants or other entities or individuals who are, in this judicial district, manufacturing, distributing, selling and/or offering for sale merchandise without authorization that infringes Adobe's Intellectual Properties. The identities of the various Does are unknown to Adobe at this time. The Complaint will be amended to include the names of such individuals when identified. Christenson, SSI and Does 1 – 10 are collectively referred to herein as "Defendants."

## IV.   Defendants' Infringing Activities

15.   Defendants use, among other things, the Website to sell and distribute products, including unauthorized copies of software to consumers.  Through such active manufacturing, purchasing, distributing, offering of sale and selling such unauthorized software, Adobe is irreparably damaged through consumer confusion of its Intellectual Properties.

16.   On information and belief, Defendants or their agents made such unauthorized copies.  Adobe has not authorized Defendants or their agents to make or distribute copies of the Adobe Software.  Indeed, Adobe has not licensed Defendants to distribute its software, period.

17.   Defendants also use images confusingly similar or identical to Adobe's Trademarks, to confuse consumers and aid in the promotion of their unauthorized products.  Defendants' use of Adobe's Trademarks includes importing, advertising, displaying, distributing, selling and/or offering to sell unauthorized copies of the Adobe Software.   Defendants' use began long after Adobe's adoption and use of Adobe's Trademarks, and after Adobe obtained the copyright and trademark registrations alleged above.  Neither Adobe nor any authorized agents have consented to Defendants' use of the Adobe Trademarks.

18.   Defendants' actions have confused and deceived, or threatened to confuse and deceive, the consuming public concerning the source and sponsorship of the unauthorized copies of the Adobe Software offered, sold and distributed by Defendants.  By their wrongful conduct, Defendants have traded upon and diminished Adobe's goodwill.

### FIRST CLAIM FOR RELIEF
### (For Copyright Infringement)

19.   Adobe repeats and realleges all of the allegations contained in paragraphs 1 through 18, inclusive, as though set forth herein in full.

20.   As alleged herein, Defendants' activities infringe valid and effective copyrights registered by Adobe, and induce, cause, and materially contribute to infringement.  Defendants' infringement was willful.

21.   Adobe has suffered and continues to suffer direct and actual damages as a result of Defendants' infringing conduct.  The full extent of such damages, including profits by Defendants, will be determined following the accounting by Defendants pursuant to 17 U.S.C. § 504.  Prior to final judgment Adobe may elect to recover statutory damages of up to $150,000 for each of Adobe's Copyrights infringed, as an alternative to actual damages and profits.

22.     Adobe has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts. Unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Adobe. Accordingly, Adobe seeks injunctive relief pursuant to 17 U.S.C § 502 and seizure of unauthorized copies of the Adobe Software, including the means of production as provided by 17 U.S.C. § 503.

23.     By reason of the foregoing, Adobe has incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims. Adobe is entitled to recover its fees and costs from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF

### (For Trademark Infringement)

24.     Adobe repeats and realleges all of the allegations contained in paragraphs 1 through 18, inclusive, as though set forth herein in full.

25.     Defendants' manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale of the unauthorized copies of the Adobe Software is likely to cause confusion or to cause mistake or to deceive the relevant public and trade regarding the affiliation, sponsorship, endorsement or approval of the Unauthorized Software Product by Adobe. Such confusion, mistake and deception is aggravated by the use of Adobe's Trademarks on the Unauthorized Software Product in the same type of goods made, imported and sold by or under authority of Adobe.

26.     Defendants, and each of them, acted with knowledge of the federally registered trademarks alleged herein and of the valuable goodwill Adobe enjoys in connection therewith, with intent to confuse, mislead and deceive the public into believing that the unauthorized copies of the Adobe Software was made, imported and sold by Adobe, or are in some other manner, approved or endorsed by Adobe, and have caused the entry of such unauthorized copies into interstate commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Adobe.

27.     Adobe has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts of trademark infringement in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117. In order to determine the full extent of such damages, including such profits as may be recoverable under 15 U.S.C. § 1117, Adobe will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Unauthorized Software

Product as alleged herein.  In the alternative, Adobe may elect to recover statutory damages pursuant to 15 U.S.C. § 1117 (c).

28.    Adobe has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts of infringement.  Adobe is informed and believes, and upon that basis alleges, that, unless enjoined by the Court, the unlawful infringement will continue with irreparable harm and damage to Adobe.  Accordingly, Adobe seeks and requests preliminary and permanent injunctive relief pursuant to 15 U.S.C § 1116.

29.    By reason of the foregoing, Adobe has incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims herein, which attorneys' fees and costs Adobe is entitled to recover from Defendants, and each of them, pursuant to 15 U.S.C. § 1117 (c).

## PRAYER FOR RELIEF

WHEREFORE, Adobe asks this Court to order:

A.    That Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of said Defendants, be immediately and permanently enjoined from:

1) Directly or indirectly infringing Adobe's Intellectual Properties in any manner, including generally, but not limited to, reproduction, manufacture, importation, distribution, advertising, selling and/or offering for sale any merchandise which infringes said Adobe's Intellectual Properties, and, specifically:

2) Reproducing, importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Software Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Adobe's Intellectual Properties;

3) Reproducing, importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Adobe's Intellectual Properties;

4) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants

themselves are connected with Adobe, are sponsored, approved or licensed by Adobe, or are in some way affiliated with Adobe;

5) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Adobe;

6) Otherwise competing unfairly with Adobe in any manner;

7) Destroying or otherwise disposing of

   a.  Merchandise falsely bearing Adobe's Intellectual Properties;

   b.  Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Adobe's Intellectual Properties;

   c.  Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Adobe's Intellectual Properties;

   d.  Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Adobe's Intellectual Properties;

   e.  Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of Unauthorized Software Product;

B.    That Adobe and its designees are authorized to seize the following items which are in Defendants' possession, custody or control:

1) All Unauthorized Software Product;

2) Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Adobe's Intellectual Properties, or any part thereof;

3) Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing Unauthorized Software Product or unauthorized product which reproduces, copies, counterfeits, imitates or bears any of the Adobe's Intellectual Properties, or any part thereof.

Adobe v. Christenson, et al.: Complaint (Copyright and Trademark)

- 7 -

C.     That those Defendants infringing upon Adobe's Intellectual Properties be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Adobe's election;

D.     That actual damages be trebled pursuant to 15 U.S.C. § 1117;

E.     That Defendants account for and pay over to Adobe all damages sustained by Adobe and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

F.     That Adobe recovers from Defendants its costs of this action and reasonable attorneys' fees; and

G.     That Adobe has all other and further relief as the Court may deem just and proper under the circumstances.

Dated:  October 28, 2009          J. Andrew Coombs, A Professional Corp.


By: _____
          J. Andrew Coombs
          Nicole L. Drey
          Attorneys for Plaintiff Adobe Systems Incorporated

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Adobe Systems Incorporated

hereby demands a trial by jury of all issues so triable.

Dated:  October 28, 2009

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

**EXHIBIT "A"**

# Adobe Systems Incorporated
## COPYRIGHT REGISTRATIONS

| Title of Work | Copyright Registration No. |
| --- | --- |
| Acrobat 3D | TX0006277233 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Search for Macintosh. | TX0003991344 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat. | TX0001644799 |
| Adobe Accelio Capture Advanced Client 4.0 for Windows. | TX0005553357 |
| Adobe Accelio Integrate Suite 6.0 for Windows. | TX0005553342 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 4.0. | TX0004961793 |
| Adobe Acrobat 5.0 for Macintosh. | TX0005545266 |
| Adobe Acrobat 5.0 for Windows. | TX0005545265 |
| Adobe Acrobat 5.0 Getting Started Guide. | TX0005545267 |
| Adobe Acrobat 6.0 for Macintosh. | TX0005748744 |
| Adobe Acrobat 6.0 for Windows. | TX0005748745 |
| Adobe Acrobat 7.0 Standard for Macintosh. | TX0006045087 |
| Adobe Acrobat 7.0 Standard for Windows. | TX0006045086 |
| Adobe Acrobat 8 Professional for Macintosh. | TX0006390830 |
| Adobe Acrobat 8 Professional for Windows. | TX0006390827 |
| Adobe Acrobat 8 Standard for Macintosh. | TX0006390829 |
| Adobe Acrobat 8 Standard for Windows. | TX0006390828 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Windows. | TX0005436556 |
| Adobe Acrobat Capture 3.0 source code. | TX0005199559 |
| Adobe Acrobat Connect 1.0 for Macintosh. | TX0006390834 |
| Adobe Acrobat Connect 1.0 for Windows. | TX0006390835 |
| Adobe Acrobat Distiller Server 5.0.5. | TX0005758527 |
| Adobe Acrobat Distiller Server 6.0 for UNIX. | TX0005847807 |
| Adobe Acrobat Distiller Server 6.0 for Windows. | TX0005847832 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335249 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335250 |
| Adobe Acrobat Elements 1.0 for Windows. | TX0005611299 |
| Adobe Acrobat Elements 6.0 for Windows. | TX0005780821 |
| Adobe Acrobat Elements Server 6.0 for Windows. | TX0005848340 |

Adobe Systems Incorporated
COPYRIGHT REGISTRATIONS

| | |
|---|---|
| Adobe Acrobat Fill in 4.0. | TX0004241942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Messenger 1.0. | TX0005241268 |
| Adobe Acrobat Reader 5.0 for Macintosh. | TX0005412874 |
| Adobe Acrobat Reader 5.0 for Windows. | TX0005412875 |
| Adobe Acrobat Reader 5.0.5 for AIX. | TX0005605114 |
| Adobe Acrobat Reader 5.0.5 for HP-UX. | TX0005605113 |
| Adobe Acrobat Reader 5.0.5 for Solaris. | TX0005617024 |
| Adobe Acrobat Reader 5.05 for Linux. | TX0005617021 |
| Adobe Acrobat Reader 5.1 for Macintosh. | TX0005620676 |
| Adobe Acrobat Reader 5.1 for Windows. | TX0005620677 |
| Adobe Acrobat Reader for Palm OS 1.0 for Windows. | TX0005422793 |
| Adobe Acrobat Reader for Palm OS 2.0 (Macintosh) | TX0005617023 |
| Adobe Acrobat Reader for Palm OS 2.0 (Windows) | TX0005617022 |
| Adobe Acrobat Reader for Palm OS Beta Windows. | TX0005422794 |
| Adobe Acrobat Reader for Pocket PC : Version 1.0. | TX0005489269 |
| Adobe ActiveShare 1.0. | TX0005086423 |
| Adobe ActiveShare 1.5 for Windows. | TX0005267528 |
| Adobe After Effects : 7.0 Professional for Windows. | TX0006277334 |
| Adobe After Effects : Version 5.0 for Macintosh. | TX0005392887 |
| Adobe After Effects : Version 5.0 for Windows. | TX0005438054 |
| Adobe After Effects : Version 5.5 for Macintosh. | TX0005493399 |
| Adobe After Effects : Version 5.5 for Windows. | TX0005493400 |
| Adobe After Effects : Version 6.0 for Macintosh. | TX0005777908 |
| Adobe After Effects : Version 6.0 for Windows. | TX0005777907 |
| Adobe After Effects 3.0 for Macintosh. | TX0004643401 |
| Adobe After Effects 4.0 for Macintosh and Windows. | TX0005011464 |
| Adobe After Effects 5.5 Plug-in Power Pack for Macintosh. | TX0005546626 |
| Adobe After Effects 5.5 Plug-in Power Pack for Windows. | TX0005546627 |
| Adobe After Effects 6.5 for Macintosh. | TX0005934788 |
| Adobe After Effects 7.0 Standard for Macintosh. | TX0006277333 |
| Adobe After Effects 7.0 Standard for Windows. | TX0006277335 |
| Adobe After Effects CS3 Professional for Windows and Macintosh. | TX0006457851 |
| Adobe After Effects Production Bundle : Version 5.5 for Macintosh. | TX0005493398 |
| Adobe After Effects Production Bundle : Version 5.5 for Windows. | TX0005493401 |
| Adobe After Effects Production Bundle 5.0 for Macintosh. | TX0005392886 |
| Adobe After Effects Production Bundle 5.0 for Windows. | TX0005392888 |
| Adobe After Effects Version 6.5 for Windows. | TX0005934787 |
| Adobe AlterCast 1.5 for Solaris. | TX0005520581 |
| Adobe AlterCast 1.5 for Windows. | TX0005520583 |
| Adobe Atmosphere : Version 1.0 Public Beta. | TX0005401513 |
| Adobe Atmosphere 1.0 for Windows. | TX0005780857 |
| Adobe Atmosphere Player 1.0 for Windows. | TX0005748760 |
| Adobe Audition 1.0 for Windows. | TX0005777207 |
| Adobe Audition 1.5 for Windows. | TX0005932189 |
| Adobe Audition 2.0 for Windows. | TX0006277359 |
| Adobe Audition 3.0 for Windows. | TX0006816095 |
| Adobe Barcoded Paper Forms Solution 1.0 for Macintosh. | TX0005936309 |
| Adobe Captivate 2 for Windows. | TX0006390833 |
| Adobe Carlson Regular. | TX0003374876 |
| Adobe Caslon Alternate Bold Italic : Version 001.000. | TX0003501138 |
| Adobe Caslon Alternate Bold. | TX0003501547 |
| Adobe Caslon Alternate Italic : Version 001.000. | TX0003501139 |
| Adobe Creative Suite 2 Premium for Macintosh. | TX0006131248 |
| Adobe Creative Suite 2 Premium for Windows. | TX0006131245 |
| Adobe Creative Suite 2 Standard for Macintosh. | TX0006131247 |
| Adobe Creative Suite 2 Standard for Windows. | TX0006131246 |
| Adobe Creative Suite 3 Master Collection for Windows and Macintosh | TX0006457918 |
| Adobe Creative Suite 4 Design Premium | TX0006898921 |
| Adobe Creative Suite 4 Design Standard | TX0006898808 |
| Adobe Creative Suite 4 Master Collection | TX0006898920 |

Adobe Systems Incorporated
COPYRIGHT REGISTRATIONS

| | |
|---|---|
| Adobe Creative Suite 4 Production Premium | TX0006898757 |
| Adobe Creative Suite 4 Web Premium | TX0006898805 |
| Adobe Creative Suite 4 Web Standard | TX0006898771 |
| Adobe Creative Suite for Macintosh. | TX0005844481 |
| Adobe Creative Suite for Windows. | TX0005844480 |
| Adobe Dreamweaver CS3 Professional for Windows and Macintosh | TX0006534561 |
| Adobe Dreamweaver CS4 | TX0006898688 |
| Adobe Encore CS4 | TX0006898725 |
| Adobe Exchange 2.0 for Windows. | TX0003961129 |
| Adobe Extension Manager CS3 for Windows and Macintosh. | TX0006531581 |
| Adobe Fireworks CS4 | TX0006898722 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash CS4 Professional | TX0006898680 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Player 10 | TX0006898686 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Solaris. | TX0006457897 |
| Adobe Illustrator : Version 5.0.1 (Mac). | TX0003846115 |
| Adobe Illustrator : Version 5.5 (Mac). | TX0003846114 |
| Adobe Illustrator : Version 6.0 Macintosh. | TX0004240043 |
| Adobe Illustrator 10 for Macintosh. | TX0005446858 |
| Adobe Illustrator 10 for Windows. | TX0005446857 |
| Adobe Illustrator 3.0. | TX0003000202 |
| Adobe Illustrator 8.0 for Macintosh and Windows. | TX0004953097 |
| Adobe Illustrator 9.0 for Macintosh and Windows. | TX0005159819 |
| Adobe Illustrator CS for Macintosh. | TX0005780817 |
| Adobe Illustrator CS for Windows. | TX0005780806 |
| Adobe Illustrator CS3 for Windows and Macintosh. | TX0006531603 |
| Adobe Illustrator CS4 | TX0006898753 |
| Adobe Illustrator. | TX0003380406 |
| Adobe InCopy CS4 | TX0006898732 |
| Adobe InDesign CS4 | TX0006898737 |
| Adobe OnLocation CS4 | TX0006898756 |
| Adobe PageMaker 6.0 for Macintosh, Power Macintosh. | TX0004093314 |
| Adobe PageMaker 6.5 Macintosh. | TX0004524555 |
| Adobe PageMaker 7.0 for Macintosh. | TX0005409447 |
| Adobe PageMaker 7.0 for Windows. | TX0005409446 |
| Adobe Pagemaker Plug-in Pack for MacIntosh. | TX0005847834 |
| Adobe Pagemaker Plug-in Pack for Windows. | TX0005847833 |
| Adobe Photoshop : 5.5. | TX0005213806 |
| Adobe Photoshop 6.0. | TX0005196369 |
| Adobe Photoshop 7.0 for Macintosh. | TX0005562147 |
| Adobe Photoshop 7.0 for Windows. | TX0005562148 |
| Adobe Photoshop Album 2.0 for Windows. | TX0005780785 |
| Adobe Photoshop CS for Macintosh. | TX0005780846 |
| Adobe Photoshop CS for Windows. | TX0005780847 |
| Adobe Photoshop CS2 for Macintosh. | TX0006131272 |
| Adobe Photoshop CS2 Official JavaScript Reference | TX0006273756 |
| Adobe Photoshop CS3 Extended for Windows and Macintosh. | TX0006528612 |
| Adobe Photoshop CS3 for Windows and Macintosh. | TX0006528611 |
| Adobe Photoshop CS4 | TX0006898742 |
| Adobe Photoshop CS4 Extended | TX0006898750 |
| Adobe Photoshop Elements : 4.0 for Macintosh. | TX0006277687 |
| Adobe Photoshop Elements 1.0 for Macintosh and Windows. | TX0005329106 |
| Adobe Photoshop Elements 2.0 for Macintosh. | TX0005592639 |
| Adobe Photoshop Elements 2.0 for Windows. | TX0005592638 |
| Adobe Photoshop Elements 4.0 for Windows. | TX0006139024 |
| Adobe Photoshop Lightroom 1.0 for Macintosh and Windows. | TX0006526701 |
| Adobe Photoshop Macintosh. | TX0003551958 |

| | |
|---|---|
| Adobe Photoshop Version 3.0 Mac. | TX0003971820 |
| Adobe Photoshop Version 3.0 Windows. | TX0003616850 |
| Adobe Photoshop Version 5.0 Macintosh and Windows. | TX0004856009 |
| Adobe Photoshop Windows. | TX0003596143 |
| Adobe Photoshop. | TX0004068613 |
| Adobe Photoshop. | TX0003120306 |
| Adobe Photoshop. | TX0002897138 |
| Adobe Premiere Pro CS4 | TX0006898667 |
| Adobe Soundbooth CS3 for Windows and Macintosh | TX0006457903 |
| Adobe Soundbooth CS4 | TX0006898727 |
| Adobetype Manager Deluxe 4.6 User Guide : Macintosh. | TX0005176752 |
| Adope PhotoDeluxe, V1.0. | TX0004809739 |
| Adope Photoshop : Version 4.0 : Macintosh and Windows. | TX0004571653 |
| Authorware 7.0 | TX0005800627 |
| Contribute 4 (Mac) | TX0006471404 |
| Designer 6.0 (Win) | TX0005932242 |
| Encore DVD 2.0 | TX0006277348 |
| Font Folio 9.0 (Mac) | TX0005401449 |
| Font Folio Open Type | TX0005845931 |
| Form Manager 6.0 | TX0006042527 |
| Framemaker 7.0 (Mac) | TX0005596921 |
| Framemaker 7.0 (Win) | TX0005596919 |
| FreeHand MX (Mac) | TX0005746988 |
| GoLive CS2 (Mac) | TX0006131268 |
| GoLive CS2 (Win) | TX0006131269 |
| Illustrator CS2 (Mac) | TX0006131282 |
| Illustrator CS2 (Win) | TX0006131283 |
| InCopy CS (Mac) | TX0005780859 |
| InCopy CS (Win) | TX0005780858 |
| InDesign CS2 (Mac) | TX0006139165 |
| Macintosh Distiller. | TX0003893508 |
| Macintosh PDF Writer. | TX0003893509 |
| Macintosh Reader. | TX0003893511 |
| Macromedia ColdFusion MX 7 | TX0006201577 |
| Macromedia Dreamweaver MX 2004 | TX0005852659 |
| Macromedia Fireworks MX 2004 | TX0005839595 |
| Macromedia Flash Lite 2.0 | TX0006288632 |
| Macromedia Flash Media Server 2 | TX0006335779 |
| Macromedia Flash MX 2004 Pro | TX0005852657 |
| Macromedia RoboHelp HTML X5 | TX0005944534 |
| Macromedia RoboHelp X5 | TX0005944535 |
| Macromedia Shockwave for Authorware Run-time Version 3.5 [for Macintosh, Power Macintosh, Windows 3.1/95/NT] | TX0004695283 |
| Macromedia Shockwave for FreeHand 5.0 (for Macintosh, Power Macintosh, Windows 3.1/95/NT) | TX0004671697 |
| PhotoDeluxe 2.0 (Mac) | TX0004771678 |
| PhotoDeluxe 2.0 (Win) | TX0004617316 |
| Photoshop CS2 (Win) | TX0006131279 |
| Photoshop Elements 5.0 | TX0006389641 |
| Premiere 7.0 | TX0005777909 |
| Premiere Elements 3.0 | TX0006389647 |
| Premiere Pro 1.5 | TX0005931988 |
| Premiere Pro 2.0 | TX0006275628 |
| Production Studio 1.0 | TX0006277349 |
| Shockwave for Director 5.0. | TX0004700912 |
| Windows PDF Writer. | TX0003893507 |

**EXHIBIT "B"**

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| Trademark Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 2,081,343 | "A" (SQUARE DESIGN) | Adobe Systems Incorporated |
| 1,988,710 | "A" (SQUARE DESIGN) | Adobe Systems Incorporated |
| 3,032,288 | "A" (SQUARE DESIGN) | Adobe Systems Incorporated |
| 1,901,149 | "A" ADOBE and Design | Adobe Systems Incorporated |
| 1,852,943 | "A" STYLIZED (ACROBAT DESIGN) | Adobe Systems Incorporated |
| 1,988,711 | "A" STYLIZED (ACROBAT DESIGN) | Adobe Systems Incorporated |
| 2,825,116 | 1-STEP ROBOPDF | eHelp Corporation |
| 2,704,585 | 360CODE | Adobe Systems Incorporated |
| 2,757,422 | 6-DOT CIRCLE DESIGN | Adobe Systems Incorporated |
| 2,757,423 | 6-DOT CIRCLE DESIGN | Adobe Systems Incorporated |
| 2,068,523 | ACROBAT | Adobe Systems Incorporated |
| 1,833,219 | ACROBAT | Adobe Systems Incorporated |
| 1,997,398 | ACROBAT CAPTURE | Adobe Systems Incorporated |
| 2,754,764 | ACROBAT MESSENGER | Adobe Systems Incorporated |
| 3,380,847 | ACTIONSCRIPT | Adobe Systems Incorporated |
| 2,206,045 | ACTIVEEDIT | Macromedia, Inc. |
| 2,551,513 | ACTIVESHARE | Adobe Systems Incorporated |
| 2,221,926 | ACTIVETEST | Macromedia, Inc. |
| 1,475,793 | ADOBE | Adobe Systems Incorporated |
| 1,486,895 | ADOBE | Adobe Systems Incorporated |
| 1,956,216 | ADOBE | Adobe Systems Incorporated |
| 1,988,712 | ADOBE | Adobe Systems Incorporated |
| 3,029,061 | ADOBE | Adobe Systems Incorporated |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| | | |
|---|---|---|
| 2,861,671 | ADOBE AUDITION | Adobe Systems Incorporated |
| 1,855,098 | ADOBE DIMENSIONS | Adobe Systems Incorporated |
| 2,916,709 | ADOBE ENCORE | Adobe Systems Incorporated |
| 1,631,416 | ADOBE GARAMOND | Adobe Systems Incorporated |
| 1,479,408 | ADOBE ILLUSTRATOR | Adobe Systems Incorporated |
| 3,065,143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 1,673,308 | ADOBE ORIGINALS DESIGN | Adobe Systems Incorporated |
| 1,651,380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1,769,184 | ADOBE PREMIERE | Adobe Systems Incorporated |
| 2,722,546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2,725,810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2,725,811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 1,482,233 | ADOBE SYSTEMS INCORPORATED (Stylized) | Adobe Systems Incorporated |
| 1,487,549 | ADOBE SYSTEMS INCORPORATED (Stylized) | Adobe Systems Incorporated |
| 1,605,378 | ADOBE TYPE MANAGER | Adobe Systems Incorporated |
| 1,707,807 | ADOBE WOOD TYPE | Adobe Systems Incorporated |
| 1,970,781 | AFTER EFFECTS | Adobe Systems Incorporated |
| 1,481,416 | ALDUS | Adobe Systems Incorporated |
| 1,483,149 | ALDUS AND HEAD LOGO | Adobe Systems Incorporated |
| 1,483,150 | ALDUS HEAD LOGO | Adobe Systems Incorporated |
| 1,977,310 | ALEXA | Adobe Systems Incorporated |
| 2,234,653 | ANDREAS | Adobe Systems Incorporated |
| 3,438,976 | ARNO | Adobe Systems Incorporated |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| | | |
|---|---|---|
| 2,814,007 | ATMOSPHERE | Adobe Systems Incorporated |
| 1,961,762 | AUTHORWARE | Adobe Systems Incorporated |
| 2,034,149 | BALZANO | Adobe Systems Incorporated |
| 2,137,197 | BANSHEE | Adobe Systems Incorporated |
| 2,024,607 | BENSON SCRIPTS | Adobe Systems Incorporated |
| 2,137,890 | BICKHAM SCRIPT | Adobe Systems Incorporated |
| 1,692,614 | BIRCH | Adobe Systems Incorporated |
| 1,692,613 | BLACKOAK | Adobe Systems Incorporated |
| 2,523,062 | BLUE ISLAND | Adobe Systems Incorporated |
| 3,065,084 | BREEZE | Adobe Systems Incorporated |
| 2,864,988 | BREEZE | Adobe Systems Incorporated |
| 2,799,082 | BRIOSO | Adobe Systems Incorporated |
| 3,422,754 | BUZZWORD | Adobe Systems Incorporated |
| 1,892,606 | CAFLISCH SCRIPT | Adobe Systems Incorporated |
| 2,449,593 | CALCITE | Adobe Systems Incorporated |
| 1,982,999 | CALIBAN | Adobe Systems Incorporated |
| 3,184,511 | CAPTIVATE | Adobe Systems Incorporated |
| 3,136,772 | CAPTIVATE | Adobe Systems Incorporated |
| 3,189,917 | CAPTIVATE | Adobe Systems Incorporated |
| 1,582,280 | CARTA | Adobe Systems Incorporated |
| 2,635,948 | CERTIFIED ROBOHELP INSTRUCTOR | eHelp Corporation |
| 2,089,496 | CHAPARRAL | Adobe Systems Incorporated |
| 1,629,024 | CHARLEMAGNE | Adobe Systems Incorporated |

3

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| | | |
|---|---|---|
| 1,901,215 | CLASSROOM IN A BOOK | Adobe Systems Incorporated |
| 2,637,308 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2,557,911 | CLEARLY ADOBE IMAGING and Design | Adobe Systems Incorporated |
| 2,993,457 | CO-AUTHOR | Adobe Systems Incorporated |
| 1,971,442 | COLD FUSION | Adobe Systems Incorporated |
| 2,113,033 | CONGA BRAVA | Adobe Systems Incorporated |
| 3,143,377 | CONTRIBUTE | Adobe Systems Incorporated |
| 1,982,985 | COPAL | Adobe Systems Incorporated |
| 2,164,702 | CORIANDER | Adobe Systems Incorporated |
| 1,628,152 | COTTONWOOD | Adobe Systems Incorporated |
| 3,111,341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 1,873,167 | CRITTER | Adobe Systems Incorporated |
| 2,093,645 | CRONOS | Adobe Systems Incorporated |
| 1,665,322 | CUSTOMERFIRST (Stylized) | Adobe Systems Incorporated |
| 1,600,438 | DIRECTOR | Adobe Systems Incorporated |
| 1,525,396 | DISPLAY POSTSCRIPT | Adobe Systems Incorporated |
| 1,843,525 | DISTILLER | Adobe Systems Incorporated |
| 2,294,926 | DREAMWEAVER | Adobe Systems Incorporated |
| 3,276,189 | DV RACK | Adobe Systems Incorporated |
| 2,949,766 | ENCORE | Adobe Systems Incorporated |
| 2,151,180 | EPAPER | Adobe Systems Incorporated |
| 2,893,662 | EPAPER | Adobe Systems Incorporated |
| 2,005,020 | EX PONTO | Adobe Systems Incorporated |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| | | |
|---|---|---|
| 2,043,911 | FIREWORKS | Adobe Systems Incorporated |
| 2,855,434 | FLASH | Adobe Systems Incorporated |
| 2,852,245 | FLASH | Adobe Systems Incorporated |
| 3,473,651 | FLASH LITE | Adobe Systems Incorporated |
| 2,844,051 | FLASHHELP | Adobe Systems Incorporated |
| 3,166,399 | FLASHPAPER | Adobe Systems Incorporated |
| 3,370,163 | FLEX | Adobe Systems Incorporated |
| 2,198,260 | FLOOD | Adobe Systems Incorporated |
| 1,546,371 | FONT & FUNCTION | Adobe Systems Incorporated |
| 2,857,527 | FONT FOLIO | Adobe Systems Incorporated |
| 1,822,467 | FONTOGRAPHER | Adobe Systems Incorporated |
| 1,479,470 | FRAME MAKER | Adobe Systems Incorporated |
| 1,715,303 | FRAMEVIEWER | Adobe Systems Incorporated |
| 2,214,844 | FREEHAND | Adobe Systems Incorporated |
| 2,245,944 | FUSAKA | Adobe Systems Incorporated |
| 2,024,281 | GALAHAD | Adobe Systems Incorporated |
| 1,935,819 | GIDDYUP | Adobe Systems Incorporated |
| 1,935,818 | GIDDYUP THANGS | Adobe Systems Incorporated |
| 2,432,447 | GOLIVE | Adobe Systems Incorporated |
| 2,446,265 | HOMESITE | Adobe Systems Incorporated |
| 2,375,606 | HTML HELP STUDIO | Adobe Systems Incorporated |
| 2,060,488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 2,317,828 | IMAGEREADY | Adobe Systems Incorporated |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| | | |
|---|---|---|
| 2,238,581 | IMMI 505 | Adobe Systems Incorporated |
| 2,550,638 | INCOPY | Adobe Systems Incorporated |
| 2,439,079 | INDESIGN | Adobe Systems Incorporated |
| 1,626,882 | IRONWOOD | Adobe Systems Incorporated |
| 1,980,096 | JIMBO | Adobe Systems Incorporated |
| 1,633,039 | JUNIPER | Adobe Systems Incorporated |
| 2,157,319 | KEPLER | Adobe Systems Incorporated |
| 2,161,024 | KINESIS | Adobe Systems Incorporated |
| 2,607,473 | KOZUKA GOTHIC | Adobe Systems Incorporated |
| 2,263,701 | KOZUKA MINCHO | Adobe Systems Incorporated |
| 1,549,854 | LASERTALK (STYLIZED) | Adobe Systems Incorporated |
| 3,288,605 | LIGHTROOM | Adobe Systems Incorporated |
| 1,630,698 | LITHOS | Adobe Systems Incorporated |
| 3,065,142 | LIVECYCLE | Adobe Systems Incorporated |
| 2,691,851 | LIVEMOTION | Adobe Systems Incorporated |
| 2,424,671 | MACROMEDIA | Adobe Systems Incorporated |
| 2,650,911 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 1,733,965 | MADRONE | Adobe Systems Incorporated |
| 1,629,940 | MESQUITE | Adobe Systems Incorporated |
| 1,973,932 | MEZZ | Adobe Systems Incorporated |
| 1,798,496 | MINION | Adobe Systems Incorporated |
| 2,137,882 | MOJO | Adobe Systems Incorporated |
| 2,687,487 | MONTARA | Adobe Systems Incorporated |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| 2,672,180 | MOONGLOW | Adobe Systems Incorporated |
|---|---|---|
| 1,759,108 | MYRIAD | Adobe Systems Incorporated |
| 1,889,189 | MYTHOS | Adobe Systems Incorporated |
| 1,980,127 | NUEVA | Adobe Systems Incorporated |
| 2,130,427 | NYX | Adobe Systems Incorporated |
| 2,971,613 | O (STYLIZED) | Adobe Systems Incorporated |
| 2,584,364 | OPEN SESAME! | Allaire Corporation |
| 2,137,926 | OUCH! | Adobe Systems Incorporated |
| 3,427,904 | P (Stylized) | Adobe Systems Incorporated |
| 2,091,087 | PAGEMAKER | Adobe Systems Incorporated |
| 1,496,726 | PAGEMAKER | Adobe Systems Incorporated |
| 1,486,556 | PAGEMAKER | Adobe Systems Incorporated |
| 2,979,463 | PDF JOBREADY | Adobe Systems Incorporated |
| 2,553,370 | PDF MERCHANT | Adobe Systems Incorporated |
| 1,984,563 | PENUMBRA | Adobe Systems Incorporated |
| 1,882,825 | PEPPERWOOD | Adobe Systems Incorporated |
| 1,503,706 | PERSUASION | Adobe Systems Incorporated |
| 2,655,175 | PHOTOMERGE | Adobe Systems Incorporated |
| 1,850,242 | PHOTOSHOP | Adobe Systems Incorporated |
| 2,920,764 | PHOTOSHOP | Adobe Systems Incorporated |
| 1,760,600 | POETICA | Adobe Systems Incorporated |
| 1,692,610 | POPLAR | Adobe Systems Incorporated |
| 2,233,952 | POSTINO | Adobe Systems Incorporated |
| 1,544,284 | POSTSCRIPT | Adobe Systems |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| | | |
|---|---|---|
| | | Incorporated |
| 1,463,458 | POSTSCRIPT | Adobe Systems Incorporated |
| 1,383,131 | POSTSCRIPT | Adobe Systems Incorporated |
| 2,066,675 | POSTSCRIPT LOGO | Adobe Systems Incorporated |
| 2,574,091 | PRESSREADY | Adobe Systems Incorporated |
| 1,887,832 | QUAKE | Adobe Systems Incorporated |
| 1,935,820 | RAD | Adobe Systems Incorporated |
| 2,548,832 | READER | Adobe Systems Incorporated |
| 2,204,266 | RELIQ | Adobe Systems Incorporated |
| 2,787,091 | ROBOASSIST | eHelp Corporation |
| 2,953,255 | ROBOENGINE | Adobe Systems Incorporated |
| 2,770,413 | ROBOFLASH | eHelp Corporation |
| 1,732,772 | ROBOHELP | Adobe Systems Incorporated |
| 2,498,876 | ROBOHELP | Adobe Systems Incorporated |
| 2,610,653 | ROBOINFO | Adobe Systems Incorporated |
| 2,732,494 | ROBOINSTALL | eHelp Corporation |
| 2,808,741 | ROBOLINKER | eHelp Corporation |
| 2,881,638 | ROBOPRESENTER | eHelp Corporation |
| 2,805,027 | ROBOSCREENCAPTURE | eHelp Corporation |
| 1,882,826 | ROSEWOOD | Adobe Systems Incorporated |
| 1,509,123 | ROUNDTRIP | Adobe Systems Incorporated |
| 2,817,626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2,993,082 | RYO | Adobe Systems Incorporated |
| 1,893,565 | SANVITO | Adobe Systems Incorporated |
| 2,893,840 | SAVA | Adobe Systems Incorporated |
| 3,410,080 | SEE WHAT'S POSSIBLE | Adobe Systems Incorporated |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| 1,901,566 | SHOCKWAVE | Adobe Systems Incorporated |
|---|---|---|
| 2,648,129 | SHOCKWAVE | Adobe Systems Incorporated |
| 2,388,945 | SHOCKWAVE | Adobe Systems Incorporated |
| 2,145,311 | SHURIKEN BOY | Adobe Systems Incorporated |
| 2,493,281 | SILENTIUM | Adobe Systems Incorporated |
| 1,985,335 | SOFTWARE VIDEO CAMERA | Adobe Systems Incorporated |
| 1,477,490 | SONATA | Adobe Systems Incorporated |
| 3,350,284 | SOUNDBOOTH | Adobe Systems Incorporated |
| 2,314,590 | STRUMPF | Adobe Systems Incorporated |
| 1,887,833 | STUDZ | Adobe Systems Incorporated |
| 1,682,713 | TEKTON | Adobe Systems Incorporated |
| 2,055,667 | TOOLBOX | Adobe Systems Incorporated |
| 1,626,877 | TRAJAN | Adobe Systems Incorporated |
| 1,518,719 | TRANSCRIPT | Adobe Systems Incorporated |
| 1,674,052 | TYPE REUNION | Adobe Systems Incorporated |
| 2,980,999 | ULTRA | Adobe Systems Incorporated |
| 2,638,231 | ULTRADEV | Macromedia, Inc. |
| 1,623,439 | UTOPIA | Adobe Systems Incorporated |
| 2,883,313 | VERSION CUE | Adobe Systems Incorporated |
| 2,983,111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 1,881,212 | VIVA | Adobe Systems Incorporated |
| 2,358,623 | VOLUTA | Adobe Systems Incorporated |
| 2,454,239 | WARNOCK | Adobe Systems Incorporated |
| 2,711,779 | WATER DROP DESIGN | Adobe Systems |

**Adobe Systems Incorporated**
**TRADEMARK REGISTRATIONS**

| | | Incorporated |
|---|---|---|
| 2,169,463 | WATERS TITLING | Adobe Systems Incorporated |
| 1,717,050 | WILLOW | Adobe Systems Incorporated |
| 2,872,489 | XMP | Adobe Systems Incorporated |