J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Professional Corporation
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

Lisa A. Rasmussen (SBN 207026)
Law Office of Lisa Rasmussen
616 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 471-1436
Facsimile: (702) 471-6540
lisa@lrasmussenlaw.com

Attorney for Defendant
Joshua Christenson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>v.<br><br>Joshua Christenson, et al.,<br><br>    Defendants. | Case No. C09-5169 PJH<br><br>JOINT STIPULATION RE CONTINUANCE OF HEARING ON MOTION TO DISMISS<br><br>Court: Hon. Phyllis J. Hamilton<br>Previous Date: February 3, 2010<br>New Date: February 10, 2010<br>Time: 9:00 a.m. |

  Plaintiff Adobe Systems Incorporated ("Plaintiff"), by and through its counsel of record, and Defendant Joshua Christenson ("Defendant"), by and through its counsel of record, agree and stipulate as follows:

  WHEREAS Defendant filed his Motion to Dismiss ("Motion") on or about December 21, 2009;

  WHEREAS Defendant's Motion papers originally noticed the hearing date for February 10, 2010, but Defendant then scheduled the hearing date for February 3, 2010, through ECF;

Adobe v. Christenson: Stipulation to Continue Hearing on Motion to Dismiss  - 1 -

WHEREAS Plaintiff's counsel calendared the hearing date for February 10, 2010, prior to leaving for the holidays;

WHEREAS Defendant subsequently filed an Amended Notice of Motion on or about December 24, 2009, correcting the hearing date for February 3, 2010;

WHEREAS Plaintiff's counsel returned to the office on or about January 6, 2010, and immediately contacted Defendant's counsel regarding the change in hearing dates;

NOW, THEREFORE, the Parties stipulate and agree that the hearing on Defendant's Motion to Dismiss shall be continued to February 10, 2010, or such other date as may be acceptable to the Court, and that Plaintiff shall have through and until January 20, 2010, to file its opposition to Defendant's Motion to Dismiss.

IT IS SO STIPULATED by the parties hereto:

Dated: January 7, 2010         J. Andrew Coombs, A Professional Corp.

                               By: ___/s/ Nicole L. Drey_____
                                   J. Andrew Coombs
                                   Nicole L. Drey
                               Attorneys for Plaintiff Adobe Systems Incorporated

Dated: January 7, 2010         Law Office of Lisa Rasmussen

                               By: ___Lisa A. Rasmussen_____
                                   Lisa A. Rasmussen
                               Attorneys for Defendant Joshua Christenson

## [~~PROPOSED~~] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: January 11, 2010

_____
Phyllis J. Hamilton
UNITED STATES

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On January 7, 2010, I served on the interested parties in this action with the:

- **JOINT STIPULATION RE CONTINUANCE OF HEARING ON MOTION TO DISMISS**

for the following civil action:

Adobe Systems Incorporated v. Christenson, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Lisa A. Rasmussen
Law Office of Lisa Rasmussen
616 South 8th Street
Las Vegas, NV 89101

Place of Mailing: Glendale, California
Executed on January 7, 2010, at Glendale, California


_____/s/ Nicole L. Drey_____
Nicole L. Drey