1
2
3 UNITED STATES DISTRICT COURT
4 NORTHERN DISTRICT OF CALIFORNIA
5
6
7 ADOBE SYSTEMS INCORPORATED,
8 Plaintiff(s),                    No. C 09-5169 PJH
9 v.                               **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
10 JOSHUA CHRISTENSON, et al.,
11 Defendant(s).
_____/
12
13     In view of the pending motion to dismiss/transfer, the case management conference
14 scheduled for March 4, 2010, is **taken off calendar** and will be rescheduled in the order on
15 the motion to dismiss/transfer.
16     **IT IS SO ORDERED.**
17 Dated: March 3, 2010
18                                    _____
19                                    PHYLLIS J. HAMILTON
                                      United States District Judge
20
21
22
23
24
25
26
27
28